83,150-02

## CERTIFICATE OF SERVICE

I, WALTER FISK, HEREBY CERTIFY THAT ON THIS THE 24TH DAY OF JUNE, 20 15, A TRUE CORRECT COPY OF THE ABOVE FOREGOING - APPLICATION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS WAS TRANSMITTED TO THE OFFICE OF THE SUPREME COURT OF CRIMINAL APPEALS, SUPREME COURT BUILDING, 201 W. 14TH ST., Room 106, AUSTIN, TX 78711.

ATTN: APPEALS CLERK

WALTER FISK

_____
DEFENDANT PRO SE

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 30 2015
Abel Acosta, Clerk

# AFFIDAVIT

STATE OF TEXAS

COUNTY OF BEXAR

I, __WALTER FISK__ , BEING DULY SWORN UNDER OATH SAYS:

I AM THE DEFENDANT IN THIS ACTION AND KNOW THE CONTENT OF

THE ABOVE __APPLICATION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS__

AND ACCORDING TO MY BELIEF, THE FACTS STATED IN THE APPLICATION ARE TRUE.

RESPECTFULLY SUBMITTED,

WALTER FISK



_____
DEFENDANT/PETITIONER, PRO SE

SUBCRIBED AND SWORN TO BEFORE ME THIS **24** DAY OF **June** , 20 **15** .

LINDA GARZA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 10-04-2016

_____
SIGNATURE OF NOTARY PUBLIC

## APPLICATION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS

TO THE SAID HONORABLE COURT:

NOW COMES __WALTER FISK__ , PETITIONER. AND ASKS LEAVE OF COURT TO FILE THE ATTACHED PETITION OF WRIT OF MANDAMUS AND WOULD SHOW THE FOLLOWING:

THIS IS AN EXTRAORDINARY CASE THAT REQUIRES THE FEDERAL COURTS TO EXERCISE ORIGINAL JURISDICTION BECAUSE PETITIONER HAS NO ADEQUATE REMEDY AT LAW, IT INVOLVES MINISTERIAL ACTS ONLY, AND PETITIONER HAS BEEN UNSUCCESSFUL IN OBTAINING RELIEF FROM THE TRIAL JUDGE.

RESPECTFULLY SUBMITTED,
WALTER FISK

_____
DEFENDANT, PRO SE

CAUSE No. 2014-CR3772

LINDA GARZA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 10-04-2016

6-24-2015

<u>CERTIFICATE OF SERVICE</u>

I, <u>WALTER FISK</u>, HEREBY CERTIFY THAT ON THIS THE 24th DAY OF <u>JUNE</u>, 20 <u>15</u>, A TRUE CORRECT COPY OF THE ABOVE FOREGOING - PETITION FOR WRIT OF MANDAMUS WAS TRANSMITTED TO THE OFFICE OF THE SUPREME COURT OF CRIMINAL APPEALS, SUPREME COURT BUILDING, 201 W. 14th ST., ROOM 106, AUSTIN, TX 78711.

ATTN: APPEALS CLERK

WALTER FISK

_wtfisk_
DEFENDANT PRO SE

## AFFIDAVIT

STATE OF TEXAS
COUNTY OF BEXAR

I, WALTER FISK, BEING DULY SWORN UNDER OATH SAYS:
I AM THE DEFENDANT IN THIS ACTION AND KNOW THE CONTENT OF
THE ABOVE PETITION FOR WRIT OF MANDAMUS AND ACCORDING TO MY
BELIEF, THE FACTS STATED IN THE PETITION ARE TRUE.

RESPECTFULLY SUBMITTED,

WALTER FISK

_W Fisk_
DEFENDANT/PETITIONER PRO SE

SUBCRIBED AND SWORN TO BEFORE ME THIS 24 DAY OF June,
20 15 .

_Linda Garza_
SIGNATURE OF NOTARY PUBLIC

LINDA GARZA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 10-04-2016

Cause No. 2014-CR3772

THE STATE OF TEXAS

VS.

FISK, WALTER

IN THE JUDICIAL COURT

227 Judicial District

BEXAR COUNTY, TEXAS

---

PETITION FOR WRIT OF MANDAMUS

---

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes WALTER FISK , PETITIONER, PRO SE, FILES THIS HIS APPLICATION FOR WRIT OF MANDAMUS AND COMPLAINING OF C. D., RESPONDENT WOULD SHOW THE COURT THE FOLLOWING:

## I.

ON THE 6TH DAY OF MARCH , 20 15 , RESPONDENT WAS THE DULY QUALIFIED AND ACTING PRESIDING JUDGE OF THE 227 JUDICIAL DISTRICT COURT OF BEXAR COUNTY, TEXAS AND ON SAID DATE IN CAUSE No. 2014-CR3772 STYLED THE STATE OF TEXAS VS. FISK, WALTER ENTERED AN IMPROPER ORDER TO WIT:

RESPONDENT DENIED DEFENDANT'S MOTION FOR HIS CONSTITUTIONAL RIGHT TO A SPEEDY TRIAL AND HAS BEEN REFUSED TO SET SAID CASE FOR TRIAL.

## II.

SAID ORDER OF RESPONDENT WAS IMPROPER AND VOID FOR THE FOLLOWING REASONS:

A. RESPONDENT FAILED TO RULE ON MOTIONS:

1. MOTION FOR A SPEEDY TRIAL. - ATTACHED - EXHIBIT A.

2. MOTION TO DISMISS FOR FAILURE TO PROVIDE A CONSTITUTIONAL

SPEEDY TRIAL - DISMISS WITH PREJUDICE — ATTACHED — EXHIBIT B

B. FOURTH COURT OF APPEALS ORDER, SAN ANTONIO, TEXAS — EXHIBIT C
MARCH 17, 2015   No. 04-15-00139 CR      NOT ATTACHED

### III.

THE ACTS REQUIRED OF THE RESPONDENT ARE MINISTERIAL IN NATURE
AND ARE NOT SUBJECT TO THE DISCRECTION OF THE RESPONDENT.

### IV.

PETITIONER HAS NO RIGHT OF APPEAL FROM THE ACTIONS OF THE
RESPONDENT AND HAS NO ADEQUATE REMEDY AT LAW OTHER THAN
A WRIT OF MANDAMUS AS PRAYED FOR HEREIN.

### V.

THE MOTIONS AND ORDERS INVOLVED ARE MARKED AS EXHIBITS A THROUGH
___C___ AND ARE ATTACHED HERETO AND MADE A PART HEREOF.

WHEREFORE, PREMISES CONSIDERED, PETITIONER PRAYS THAT LEAVE
TO FILE THIS PETITION BE GRANTED, THAT THE SAME BE SET FOR SUBMISSION,
AND THAT A WRIT OF MANDAMUS BE ISSUED BY THE COURT ORDERING
AND DIRECTING THE RESPONDENT TO SET ASIDE HIS ORDER AND TO
DISMISS WITH PREJUDICE.

RESPECTFULLY SUBMITTED,
WALTER FISK

_____
PETITIONER PRO SE

LINDA GARZA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 10-04-2016

6-24-2015

CRC: SUPREME COURT OF CRIMINAL APPEALS

CC: SELF

Cause NO. *2014-CR 3772*

THE STATE OF TEXAS                    IN THE DISTRICT COURT

VS.                                   *227* JUDICIAL DISTRICT

*Fisk, Walter*                        BEXAR COUNTY, TEXAS

---

MOTION FOR SPEEDY TRIAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come now _*Walter Fisk*_, Defendant in the above styled and numbered cause and files this Motion for Speedy Trial and in support of said motion would show the Court the following:

I.

On the *20TH* day of *February*, *2014*, Defendant was charged with the felony offense of *Indecency w-child-contact*, a violation of the Texas Penal/Health & Safety Code, which was alleged to have been committed on the *10TH* day of *February*, *2014*.

II.

Defendant was arrested on the *20TH* day of *February*, *2014*, and confined in the Bexar County Adult Detention Center, San Antonio, Texas to await trial on said charge.

III.

Defendant was denied reasonable bond and has remained confined to jail since his arrest. Defendant has been confined for *175* days awaiting trial, and at all times during his confinement has been ready for trial.

IV.

Defendant is being prejudiced by State's delay because defense witnesses are becoming unavailable and such witnesses as remain will have forgotten facts that would be beneficial to defendant.

WHEREFORE, PREMISES CONSIDERED, Defendant prays he be granted a speedy trial of said charge, or, that said indictment be dismissed and Defendant be released from confinement.

Respectfully submitted,

WALTER FISK

_____
Defendant PRO SE

_____
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the _15TH_ day of _AUGUST_, _2014_ a true and correct copy of the above and foregoing Motion for Speedy Trial was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

WALTER FISK

_____
Defendant PRO SE

## ORDER

On this the ____ of _____, _____, came on to be heard Defendant's Motion for Speedy Trial and said motion is hereby

( ) GRANTED          ( ) DENIED

Signed this ____, day of _____, _____.

_____
Judge Presiding

CC: SUPREME COURT OF CRIMINAL APPEALS 4/10/15
CC: 4TH CIRCUIT COURT OF APPEALS 3/8/15
CC: DISTRICT CLERK 227 8/15/14
CC: DA 8/15/14
CC: FILE 8/15/14

Cause No. 2014-CR3772

THE STATE OF TEXAS

VS.

FISK, WALTER

IN THE DISTRICT COURT

227 Judicial District

BEXAR COUNTY, TEXAS

---

MOTION TO DISMISS FOR FAILURE TO PROVIDE A CONSTITUTIONAL SPEEDY TRIAL

DISMISS WITH PREJUDICE

---

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, WALTER FISK  DEFENDANT IN THE ABOVE ENTITLED AND NUBERED CAUSE, FILES THIS HIS MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO PROVIDE A CONSTITUTIONAL SPEEDY TRIAL, AND IN SUPPORT OF SAID MOTION WOULD SHOW THE COURT THE FOLLOWING:

I.

ON THE 20TH DAY OF FEBRUARY, 20 14, THE DEFENDANT WAS CHARGED WITH THE OFFENSE OF INDECENCY W-CHILD - CONTACT, ALLEGED TO HAVE BEEN COMMITTED ON OR ABOUT THE 10TH DAY OF FEBRUARY, 20 14, AND ON OR ABOUT THE 10TH DAY OF FEBRUARY, 20 13.

II.

THE DEFENDANT WAS ARRESTED ON THE 20TH DAY OF FEBRUARY, 20 14, AND WAS CONFINED IN THE COUNTY JAIL OF BEXAR COUNTY TEXAS TO TO AWAIT TRIAL ON SAID CHARGE.

III.

THE DEFENDANT HAS AT ALL TIMES SINCE HIS ARREST BEEN AVAILABLE AND READY FOR TRIAL, BUT THE STATE HAS NOT EXERCISED DUE DILIGENCE IN PREPARING FOR TRIAL, IN SECURING THE ATTENDANCE OF WITNESSES OR

, THE PRESENCE OF THE DEFENDANT. THE DEFENDANT HAS NOT ATTEMPTED TO AVOID PROSECUTION. AND THE UNREASONABLE DELAY IN BRINGING THE CASE TO TRIAL HAS BEEN DUE SOLELY TO THE STATE'S LACK OF DILIGENCE.

## IV.

THE DEFENDANT HAS BEEN PREJUDICED BY THE STATE'S UNREASONABLE DELAY BECAUSE DEFENSE WITNESSES ARE BECOMING UNAVAILABLE AND SUCH WITNESSES AS REMAIN WILL HAVE FORGOTTEN THE FACTS THAT WOULD BE BENEFICIAL TO THE DEFENDANT. THE STATE'S FAILURE TO PROVIDE A SPEEDY TRIAL IS IN DIRECT VIOLATION OF THE SIXTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION, AND ART. 1, SEC. 10 OF THE TEXAS CONSTITUTION AND ART. 1.05 OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

## V.

THE DEFENDANT'S CONSTITUTIONAL RIGHTS HAVE BEEN SERIOUSLY VIOLATED, RESULTING IN IMPAIRMENT TO HIS DEFENSE AND IN UNDUE OPPRESSION AND CONCERN.

WHEREFORE. DEFENDANT PRAYS THAT SAID CHARGE BE DISMISSED WITH PREJUDICE AND THE DEFENDANT BE RELEASED FROM CONFINEMENT.

RESPECTFULLY SUBMITTED,
WALTER FISK

_____
DEFENDANT PRO SE

CC: SUPREME COURT OF CRIMINAL APPEALS 4/10/15
CC: FOURTH COURT OF APPEALS 3/8/15
ORIG: DISTRICT CLERK 227 2/27/15
CC: DISTRICT ATTORNEY 2/27/15
CC: SELF 2/27/15